LEVISOHN BERGER LLP
61 Broadway, 32nd Floor
New York, NY 10006
212-486-7272
Attorneys for Plaintiff

**JUDGE LYNCH**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEALTH MARK, INC. | |
| Plaintiff, | Civil Action No.: **07 CV 3524** |
| v | |
| LEADING EDGE MARKETING, LLC, and POWER VIBE, LLC | Rule 7.1 Statement |
| Defendants. | |



RECEIVED
MAY 02 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Health Mark, LLC Corporation (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: May 02, 2007

Respectfully submitted,

LEVISOHN BERGER LLP

By: _____
Peter Berger (PB 0121)

61 Broadway, 32nd Floor
New York, NY 10006
212-486-7272
Attorneys for Plaintiff
HEALTH MARK, LLC