AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

HEALTH MARK, LLC

**SUMMONS IN A CIVIL CASE**

V.

LEADING EDGE MARKETING, LLC

and

POWERVIBE, LLC

CASE NUMBER: 07 CV 3524

JUDGE LYNCH

TO: (Name and address of defendant)

POWERVIBE, LLC
1565 N. Expressway #200
Richardson, TX 75080

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter L. Berger, Esq.
LEVISOHN BERGER LLP
61 Broadway, 32nd Floor
New York, New York 10006

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_ (signature)

(BY) DEPUTY CLERK

DATE: MAY 0 2 2007

*UNITED STATES DISTRICT COURT*

| | |
|---|---|
| HEALTH MARK, LLC | § § § § |
| VS. | § § § CASE NO.: 07 CV 3524 |
| LEADING EDGE MARKETING, LLC AND POWERVIBE, LLC | § § § § |

## AFFIDAVIT OF SERVICE

I, Lee H. Russell, do state the following that:

I am over the age of eighteen years and have no interest in the outcome of the above referenced cause.

All of the facts stated herein are true and correct.

On 3 May 2007, at 11:30 a.m. I received a Summons, Complaint, Rule 7.1 Statement, Individual practices of Magistrate Judge Gabriel W. Gorenstein, and individual Practices in Civil Cases Gerard E. Lynch, to be delivered to Powervibe, LLC, 1565 N. (Central) Expressway, Suite 202, Richardson, Texas 75080.

On 4 May 2007 at 10:25 a.m. I attempted to deliver said documents to Powervibe, LLC, but I was told by a man who said he was the bookkeeper that no one was available. I was told by a secretary that they officed in the building next door. I left a business card.

On 7 May 2007 at 10:30 a.m. I delivered said documents to Powervibe, LLC by leaving them with Carol Kondos of Kondos & Kondos as I was instructed, 1595 N. Central Expressway, Richardson, Texas 75080.

Ms Kondos is a white female, approximately 5 feet 7 inches tall, 160 pounds, and has blonde hair.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 7 May 2007
           Date

Fee for Service: _____

_____
Lee H. Russell, Process Server
SCH 1081

_____
Address of Server