```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x   CV-07-3524
HEALTH MARK, LLC                       :
                                       :
              Plaintiff,               :
                                       :
         vs.                           :
                                       :
LEADING EDGE MARKETING, LLC and        :
POWERVIBE, LLC                         :
                                       :
              Defendants.              :
- - - - - - - - - - - - - - - - - - - x
```

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or refusal, the undersigned attorney of record for defendants certifies that there are not any corporate parents or publicly held companies owning more than 10% of the stock of the defendants Leading Edge Marketing, LLC and Powervibe, LLC.

DATED: 11/20 2007

_____
Harvey Shapiro (HS 2034)