UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HEALTH MARK, INC.,

               Plaintiff,

  -against-

LEADING EDGE MARKETING, LLC and
POWER VIBE, LLC,

               Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

07 Civ. 3524 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

      The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

      ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       January 14, 2008

                                            _____
                                            GERARD E. LYNCH
                                            United States District Judge