Jane Linowitz (JL)
Attorney for Plaintiff
Levisohn Berger LLP
61 Broadway, 32nd Floor
New York, New York 10006

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Health Mark, Inc. <br><br>                Plaintiff, <br><br> v <br><br> Leading Edge Marketing, LLC <br><br>                Defendant, | **STIPULATION AND ORDER** <br> **OF DISMISSAL** <br><br> Civil Action No. <br> 07-3524 (JL) |

IT IS HEREBY STIPULATED AND AGREED that pursuant to a settlement agreement between the parties and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice with each party to bear its own costs and fees.

Dated: January 15, 2008
New York, New York

Respectfully Submitted:                              Respectfully Submitted:

LEVISOHN BERGER LLP                                  SARGOY, STEIN, ROSEN, SHAPIRO

By: _____                          By: _____
Jane Linowitz                                        Harvey Shapiro
Attorney for Plaintiff                               Attorney for Defendant
61 Broadway, 32nd Floor                              1790 Broadway, 14th Floor
New York, New York 10006                             New York, New York 10019
Tel: (212) 486-7272                                  Tel: (212) 621-8224
Fax: (212) 486-0323                                  Fax: (212) 581-2755
E-Mail: jlinowitz@llbl.com                           E-Mail: hshapiro@sargoy.com

SO ORDERED:

_____
U.S.D.J.

Jane Linowitz (JL)
Attorney for Plaintiff
Levisohn Berger LLP
61 Broadway, 32nd Floor
New York, New York 10006

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Health Mark, Inc.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Leading Edge Marketing, LLC<br><br>　　　　　　Defendant, | **AFFIDAVIT OF SERVICE**<br>**BY MAIL**<br><br>**Civil Action No.**<br>**07-3524 (JL)** |

I, Gloria Vazquez, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Bergen County, New Jersey. On January 15, 2008 I served VIA MAIL the STIPULATION AND ORDER OF DISMISSAL dated January 15, 2008 to the following:

　　　　　　Harvey Shapiro, Esq.
　　　　SARGOY, STEIN, ROSEN, SHAPIRO
　　　　　　1790 Broadway, 14th Floor
　　　　　　New York, New York 10019

Dated: January 15, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Gloria Vazquez